## KENNEDY V. THE STATE.

### *Murder.*

(Decided April 12th, 1906.  40 So. Rep. 658.)

APPEAL from Jackson Circuit Court.

Heard before HON. JAMES A. BILBRO.

VIRGIL BOULDEN, for appellant.

MASSEY WILSON, Attorney General, for State.

Affirmed.

Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.